IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PLUMBERS UNION LOCAL NO. 690 ET AL., | : : : | CIVIL ACTION |
| v. | : : | NO. 08-4271 |
| F.P.S. PLUMBING, INC., FRANK SCARPATO, and CAMPANELLA CONSTRUCTION COMPANY | : : : | |

**ORDER**

AND NOW, this  20th  day of August, 2009, upon consideration of the Motion for Entry of Judgment Against Defendants Frank Scarpato and F.P.S. Plumbing, Inc. (Doc. No. 34), and all documents submitted in support thereof, it is ORDERED that the Motion is GRANTED and JUDGMENT is entered against Frank Scarpato and F.P.S. Plumbing, Inc., in the amount of $196,845.48.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge