IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PLUMBERS UNION LOCAL NO. 690 ET AL., | : : : | |
| | : | CIVIL ACTION |
| v. | : : | NO. 08-4271 |
| F.P.S. PLUMBING, INC., FRANK SCARPATO, and CAMPANELLA CONSTRUCTION COMPANY | : : : | |

**<u>ORDER</u>**

AND NOW, this  21st  day of August, 2009, upon consideration of Plaintiffs' Motion for Attorney's Fees and Costs (Doc. No. 35), and all documents submitted in support thereof, it is ORDERED as follows:

1. Plaintiffs' Motion for Attorney's Fees and Costs (Doc. No. 35) is GRANTED.

2. Defendants Frank Scarpato and F.P.S. Plumbing, Inc., shall pay Plaintiffs $14,352.50 for attorneys fees and costs.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge